IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00576 SOM |
|---|---|---|
| Plaintiff, | ) | ORDER REGARDING LIVE-BLOGGING OF TRIAL PROCEEDINGS |
| vs. | ) | |
| MORDECHAI ORIAN, | ) | |
| Defendant. | ) | |

ORDER REGARDING LIVE-BLOGGING OF TRIAL PROCEEDINGS

The deadline for submitting requests to live-blog the trial of this case having passed, and the court having received a total of three such requests (from Civil Beat, Hawaii Reporter, and the Honolulu Star-Advertiser), the court orders that live-blogging is restricted to those three organizations. At any given time during trial proceedings that are on the record and open to the public, one individual from each of those organizations (i.e., three individuals in total) may bring that individual's laptop and an internet connection into the courtroom on the conditions set forth below. This order does not set a districtwide policy or a policy that this trial judge will necessarily follow for all of this trial judge's cases.

No person or entity other than those designated in this order or falling under the terms of any other order issued by

this judge may have a laptop or internet connection in the courtroom.

    1. No recordings may be made and no photographs may be taken of court proceedings.  Audio and video recordings and still photographs are included among the items that are prohibited.

    2. Use of the laptop and internet connection shall not create a distraction in the courtroom, whether for participants in the proceedings or for others.

    3. Only one reporter from each of the three organizations is permitted to write and transmit on an internet connection from the courtroom at any given time.  The name of each designated reporter shall be provided in writing to the trial judge and to security personnel on the first floor of the courthouse at least 24 hours in advance.  Whenever the designated reporter is unable to attend and intends to send a substitute reporter, the substitute's name and the duration of the substitution shall be provided in writing to the trial judge and to security personnel on the first floor of the courthouse at least 24 hours in advance.

    4. By taking advantage of the leave granted here, each of the three organizations acknowledges that a violation of the terms of this order may subject that organization to contempt of

court proceedings, which may result in the imposition of the full array of sanctions available for contempt.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, October 20, 2011.



    /s/ Susan Oki Mollway
    Susan Oki Mollway
    Chief United States District Judge

United States v. Mordechai Orian; CR. NO. 10-00576 SOM; ORDER REGARDING LIVE-BLOGGING OF TRIAL PROCEEDINGS